**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
|     Plaintiff, ) | No. 07-3008M |
| vs. ) | |
| ) | **ORDER** |
| Sandra Mercado-Enere, ) | |
|     Defendant. ) | |

    This Court has received and considered Defendant's Amended Motion to Extend Time To Indict (Doc. #7). The Motion will be denied for failing to comply with the requirements of 18 U.S.C. § 3161(h)(8)(A) and (B) to obtain an extension of time to indict. *See United States v. Ramirez-Cortez*, 213 F.3d 1149 (9th Cir. 2000).

    DATED this 1st day of February, 2007.

_____
David K. Duncan
United States Magistrate Judge